# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HASKELL G. GREER, et al.,

        Plaintiffs,

v

CITY OF HIGHLAND PARK, et al.,

        Defendants.

Case No. 15-12444
HON. JUDITH E. LEVY
Mag. Judge Elizabeth A. Stafford

---

SEIKALY, STEWART & BENNETT, P.C.
Jeffrey T. Stewart (P24138)
30445 Northwestern Highway, Suite 250
Farmington Hills, MI 48334
(248) 785-0102
jts@sslawpc.com

ELIZABETH A. DOWNEY, P.C.
Elizabeth A. Downey (P37036)
30445 Northwestern Highway, Suite 250
Farmington Hills, MI 48334
(248) 539-7407
attylizdowney@aol.com
*Attorneys for Plaintiffs*

JAMES W. MCGINNIS, P.C.
James W. McGinnis (P29323)
985 E. Jefferson Ave., Ste. 100
Detroit, MI 48207
(313) 446-9582

*Counsel for Defendants*

---

## ORDER GRANTING JOINT MOTION TO APPROVE DISTRIBUTION OF SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

---

This matter is before the Court on the parties' joint motion to:

1. approve the allocation of settlement proceeds as to the minor Plaintiff, Kailaa Greer, and,

2. upon such approval, to dismiss the case with prejudice and without costs for the reason that an amicable settlement has been reached on all claims.

A hearing was held on February 13, 2019, at which appeared counsel for the parties and Haskell Greer, the Court-appointed Conservator for the minor, Kailaa Greer. The Court was fully advised of the particulars of the settlement and the proposed distribution to the plaintiffs. The Court notes that the allocation to the minor child is the highest of all the individual allocations and more than twice as high as the average allocation among the adults. The Court finds the allocation to the minor to be fair and reasonable in the circumstances and approves that allocation.

IT IS THEREFORE ORDERED that:

1. the distribution of proceeds to the plaintiffs as presented to the Court is approved;

2. the distribution to the minor shall be made into a restricted account according to the conservatorship orders already entered in the Oakland County Probate Court;

3. the case is HEREBY DISMISSED with prejudice and without costs as to all claims and all parties pursuant to the settlement agreement and release between the parties.

Dated: February 13, 2019              s/Judith E. Levy
                                                  JUDITH E. LEVY
                                                  United States District Judge